# United States District Court

-------------------------------- DISTRICT OF SOUTH DAKOTA --------------------------------
## SOUTHERN DIVISION

FILED
MAY 1 9 2010

CLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 10-40048 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| JUSTIN YOUNG, | |
| Defendant. | |

This matter came before the court for hearing on the Indictment in the above matter on Wednesday, May 19, 2010. The defendant, Justin Young, appeared in person and by his counsel, D. Sonny Walter. The United States appeared by Assistant United States Attorney, John Haak.

It appears that Defendant is currently in the custody of the State of South Dakota. Defendant appeared to answer these federal charges pursuant to a writ of habeas corpus ad prosequendum. In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude, however, that the detention issue is, for all practical purposes, moot because the defendant is currently in the custody of the State of South Dakota. The Marshal shall return the Defendant to the custody of the State of South Dakota pending further proceedings in this matter. If Defendant is released or furloughed by the state before these federal proceedings are concluded, Defendant shall immediately be returned to this Court for further proceedings to determine whether he should be detained or released pending final resolution of the federal charges.

Dated: ___May 19___, 2010

_____
John E. Simko, United States Magistrate Judge